UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHELSEA FORTUNE GUEDON,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>   Defendant. | Civil No. 3:23-cv-01972-YY<br><br><br>ORDER FOR REMAND |

It is hereby ORDERED and adjudged that the case shall be remanded under sentence four of 42 U.S.C. § 405(g).  Upon remand, the administrative law judge (ALJ) will reconsider all relevant issues, offer the claimant the opportunity for a hearing, develop the record as necessary, and issue a new decision.  Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq.


IT IS SO ORDERED this   12th   day of   August  , 2024.


　　　　　　　　　　　　　　　　　　/s/ Youlee Yim You
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE