UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CHELSEA FORTUNE GUEDON

               Plaintiff,

vs.

COMMISSIONER of Social Security,
               Defendant.
_____ /

Case No. 3-23-cv-01972-YY

ORDER GRANTING AWARD OF EAJA FEES, EXPENSES COSTS

**ORDER**

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $6,500.00, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

Dated this 30th day of August 2024.

                                    /s/ Youlee Yim You
                                  U.S. Magistrate Judge

Presented by:

*Lisa R. Lang*

Lisa R. Lang, OSB
025035 Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150 Lake Oswego, OR 97035