LISA R. LANG, OSB NO. 025035
LISA LANG LAW LLC (*formerly Johnston Porter Law Office PC.*)
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035: (503) 714-7579
Email: Lisa@lisalanglaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHELSEA FORTUNE GUEDON

    Plaintiff,

Vs.

COMMISSIONER of Social Security,

    Defendant.

_____

Civil Action No. 3:23-cv-01972-YY

ORDER GRANTING AWARD OF ATTORNEYS FEES UNDER 42 U.S.C. § 406(b)

ORDER

Based upon the Plaintiff's Motion for an Award of Attorney's fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorney's fees in the amount of $20,730.00, minus $6,500.00 in EAJA fees received for a total amount of $14,230 withheld for Plaintiff's federal court attorneys

It is FURTHER ORDERED that the Commissioner may pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff the remainder of her past due benefits.

DATED this __25th__ day of __November__, 2025

                                            _____/s/ Youlee Yim You_____
                                            United States Magistrate Judge

.